## Franklin *against* Lamb.

*The rule for an attachment against a sheriff twenty days after service of a former rule, applies only to the case of writs, in order to compel the sheriff to return them.*

*Root* moved to vacate the rule entered in this cause for an attachment against the sheriff for not bringing in the body of the defendant. On the return of the writ a rule had been entered that the sheriff bring in the body, &c. in twenty days, or that an attachment issue. Twenty days after service of notice of the rule, a rule absolute for an attachment was entered. No attachment had in fact issued, and the sheriff had put in bail afterwards, and justified.

*Sherwood*, contra, objected, that the rule having been made absolute, in the vacation, in *July* 1805, the defendant, or sheriff, ought to have appeared, and put in and perfected bail, and then applied at the next term for relief.

*Per curiam.* The rule for an attachment after twenty days' notice of the first rule, applies only to *writs.* The rule for an attachment in this cause was a mere nullity.

Motion withdrawn.

## Gurnee *against* Dessies.

*A slave after he has obtained his freedom, is a competent witness to prove a fact which may have happened while he was a slave.*

ON the return to the *certiorari* in this cause, the only error assigned was, that the justice had refused to admit the evidence of a free black man, as to facts which took place while he was a slave.

The cause was submitted without argument.

*Per curiam.* A free black man is a competent witness to prove facts which may have happened while he was a slave. The judgment below must be reversed.

Judgment reversed.